UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALEY GERMAN, SHANNON SOLANDER, and BRIAN STERE, for themselves, as private attorneys general, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STITCH INDUSTRIES, INC. d/b/a, JOYBIRD,<br><br>Defendant. | Case No. 2:26-cv-01820-JLS-ASx<br><br>**JUDGMENT** |

The Court, having granted the Motion to Dismiss filed by Defendant Stitch Industries, Inc. d/b/a/ Joybird and having dismissed Plaintiffs' Second Amended Complaint in its entirety with prejudice (Doc. 37), it is HEREBY ORDERED AND ADJUDICATED that Judgment is entered in favor of Defendant Stitch Industries, Inc. d/b/a Joybird, and against Plaintiffs Shaley German, Shannon Golander and Brian Stere.

The Court deems Defendant Stitch Industries, Inc. d/b/a/ Joybird the prevailing party for the purposes of Federal Rule of Civil Procedure 54(d) and Local Rule 54-1.

**IT IS SO ORDERED.**

DATED: September 17, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE